UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81612-CV-HURLEY/HOPKINS

JONATHAN E. PERLMAN,
    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,
    Defendant.
_____/

### FINAL JUDGMENT AND CLOSE OUT

**THIS CAUSE** is before the Court following the Court's Order Granting Motion for Reconsideration and Denying Motion for Leave to Amend. Pursuant to Rule 58(a), Fed. R. Civ. P., the Court now enters final judgment in favor of Defendant.

It is hereby **ORDERED** and **ADJUDGED** that:

1. **FINAL JUDGMENT** is entered against Plaintiff, Jonathan E. Perlman, who shall take nothing by this action, and in favor of Defendant, Wells Fargo Bank, N.A., who shall go hence without day.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk is directed to mark this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14th day of August, 2012.

                                      Daniel T. K. Hurley
                                      United States District Judge

*Copies provided to counsel of record*