UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO. 10-81612-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN, Esq., as
Court appointed Receiver of Creative
Capital Consortium, LLC, et al.,

    Plaintiff,
v.

WELLS FARGO BANK, N.A, as
successor-in-interest to Wachovia
 Bank, N.A.,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jonathan E. Perlman, Esq., the court-appointed Receiver (the "Receiver") of Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC, United Investment Club, LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$ Trade Financial, Inc. and Unity Entertainment Group, Inc., (collectively, the "Receivership Entities"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Motion for Reconsideration and Denying Motion for Leave to Amend [ECF No. 91] entered by this Court on August 10, 2012 and the Final Judgment and Close-out [ECF No. 92] entered by this Court on August 14, 2012.  Copies of the orders are attached as Exhibit "A".

Dated:  August 15, 2012

By: /s/ Carmen Contreras-Martinez
David C. Cimo (FBN 775400)
dcimo@gjb-law.com
Carmen Contreras-Martinez (FBN 093475)
ccontreras@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast 2nd Street, 44th Floor
Miami, FL  33131
Tel:  (305) 349-2300
Fax: (305) 349-2310

-and-

Michael R. Josephs (FBN 119242)
Florida Bar No.: 119242
mrj@josephsjack.com
JOSEPHS JACK P.A.
2950 SW 27th Avenue, Suite 100
Miami, FL 33133
Tel:   (305) 445-3800
Fax:  (305) 448-5800

*Attorneys for Jonathan E. Perlman*
*SEC Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/Carmen Contreras-Martinez
Attorney

2

**SERVICE LIST**
**JONATHAN E. PERLMAN, ESQ., as court appointed Receiver of Creative Capital Consortium, LLC, et al. v. WELLS FARGO BANK, N.A.**
**CASE NO. 10-81612-CIV-HURLEY/HOPKINS**
**United States District Court, Southern District of Florida**


Michael R. Josephs
mrj@florida-attorneys.com
The Josephs Law Firm
2699 South Bayshore Drive, 7th Floor
Miami, FL 33133
Telephone:     (305) 445-3800
Facsimile:      (305) 448-5800
*Co-Counsel for Plaintiff Jonathan E. Perlman, Esq. as*
*Court Appointed Receiver of Creative Capital Consortium, LLC, et al.*
Served via CM/ECF


Amy S. Rubin
arubin@foxrothschild.com
Elliot Aaron Hallak
ehallak@foxrothschild.com
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL  33401
Telephone:     (561) 835-9600
Facsimile:      (561) 835-9602
*Attorneys for Defendant Wells Fargo Bank, N.A.*
Served via CM/ECF


10501-001/256